# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Telford Aviation, Inc. ) | ASBCA No. 59422 |
| ) | |
| Under Contract No. W15P7T-07-C-W009 ) | |

APPEARANCES FOR THE APPELLANT: Stephen D. Knight, Esq.
Zachary D. Prince, Esq.
  Smith Pachter McWhorter PLC
  Vienna, VA

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Lawrence S. Rabyne, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Arlington Heights, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 12 February 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59422, Appeal of Telford Aviation, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals